UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMAR RODRIGUEZ,

    Defendant.
_____/

Case No. 1:09:CR:81

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 7, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Omar Rodriguez's plea of guilty to Count One of the Indictment is accepted. Defendant Omar Rodriguez is adjudicated guilty.

3. Defendant Omar Rodriguez shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.


Dated: August 21, 2009

                                                                        /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE